IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-463-D

ROSCOE DAVIS, JR., )
)
        Plaintiff, )
)
v. ) ORDER
)
CAPITAL READY MIX )
CONCRETE, LLC, and )
ARTHUR KENNEDY, )
)
        Defendants. )

On January 25, 2022, plaintiff filed his second amended complaint. See [D.E. 23]. In light of plaintiff's second amended complaint, the court DISMISSES as moot defendants' motion to dismiss plaintiff's amended complaint [D.E. 13] and plaintiff's motion to strike [D.E. 25].

SO ORDERED. This _15_ day of April, 2022.

                                      JAMES C. DEVER III
                                      United States District Judge