UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-463-D

ROSCOE DAVIS, JR., )
)
        Plaintiff, )
)
v. ) **ORDER**
)
CAPITAL READY MIX )
CONCRETE, LLC, et al., )
)
        Defendants. )

The court has reviewed the record and governing law and DENIES defendants' motion to dismiss [D.E. 28]. Whether plaintiff's claims will survive defendants' inevitable motion for summary judgment is an issue for another day.

SO ORDERED. This 14 day of June, 2022.

                                                  JAMES C. DEVER III
                                                  United States District Judge