| | |
|---|---|
| ROSCOE DAVIS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CAPITAL READY MIX CONCRETE )<br>LLC and ARTHUR KENNEDY, )<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-463-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 44].

**This Judgment Filed and Entered on November 7, 2023, and Copies To:**

Laurie J. Meilleur     (via CM/ECF electronic notification)

Benjamin Paul Fryer    (via CM/ECF electronic notification)


DATE: November 7, 2023                    PETER A. MOORE, JR., CLERK

                                          (By)  /s/ Stephanie Mann
                                          Deputy Clerk