UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROSCOE DAVIS, JR., )
)
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:21-CV-463-D**
)
)
)
CAPITAL READY MIX CONCRETE, )
LLC and ARTHUR KENNEDY, )
)
)
        Defendants. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion for bill of costs [DE-55] is GRANTED in part. Costs in the amount of $2,740.54 are taxed against plaintiff.

**This Judgment Filed and Entered on January 3, 2024, and Copies To:**

Laurie J. Meilleur    (via CM/ECF electronic notification)

Benjamin Paul Fryer    (via CM/ECF electronic notification)

DATE: January 3, 2024        PETER A. MOORE, JR., CLERK

                                          (By)  /s/ Stephanie Mann
                                          Deputy Clerk